UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Renee Kay Martin, Parent, Individually, and on behalf of TRL, and on behalf of BRW,<br><br>Plaintiff,<br><br>v.<br><br>United States of America, et al.,<br><br>Defendants. | Civil No: 3:22-cv-00136<br><br>**MOTION FOR ORDER TERMINATING APPOINTMENT FOR LIMITED REPRESENTATION** |

[¶ 1]. **COMES NOW**, attorneys Tatum O'Brien and Sara M. Monson and requests an Order from the Court terminating their appointment to represent Plaintiff for the limited purpose of serving copies of the summons and complaint upon the Defendants.

[¶ 2]. On January 30, 2023, this Court entered an Order appointing Attorneys Tatum O'Brien and Sara M. Monson to represent Plaintiff for the limited purpose of serving the summons and complaint upon Defendants.

[¶ 3]. Attorneys Tatum O'Brien and Sara M. Monson have assisted Plaintiff with serving copies of the summons and complaints upon the United States of America, Annette Laducer, and the Defendant law enforcement officers in their official and individual capacities with the exception of Defendant Zachmeier and Defendant William Poitra in his individual capacity.

[¶ 4]. Plaintiff has been informed of the service that has been completed and that Defendant William Poitra has not been personally served with a copy of the summons and complaint. She is aware of the potential consequences of failing to serve a Defendant with a copy of the summons and complaint. She has instructed Attorneys Tatum O'Brien and Sara M. Monson to make no further service attempts.

[¶ 5]. Attorneys Tatum O'Brien and Sara M. Monson believe the scope of their limited representation has been completed and respectfully request this Court enter an Order terminating their appointment to represent Plaintiff for the limited purpose of assisting with service and relieving them of any further obligations in this case.

Dated this 31st day of March, 2023.

        O'KEEFFE O'BRIEN LYSON LTD.

        /s/ *Tatum O'Brien*
        TATUM O'BRIEN (ND ID. #05985)
        SARA M. MONSON (ND ID. #06962)
        720 Main Avenue
        Fargo, ND 58103
        Phone: (701) 235-8000
        Fax: (701) 235-8023
        tatum@okeeffeattorneys.com
        sara@okeeffeattorneys.com
        Attorneys for Plaintiff (Limited Appearance)